**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 297 MAL 2023

Respondent

  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

v.

JOSEPH H. CAMBURN III,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.